IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JESUS PEREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 08 C 71 |
| | ) | |
| CITY OF CHICAGO, Illinois, and | ) | |
| CHICAGO POLICE OFFICER | ) | |
| J.M. DELISLE, Star No. 16849, and | ) | Judge Manning |
| P. F. ROONEY, Star No. 15900 | ) | |
| | ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

**DEFENDANTS AGREED MOTION TO EXTEND TIME
IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant Chicago Police Officers J. Delisle and P. Rooney (herein "Defendant Officers"), by their attorney, Sanjay H. Patel, Assistant Corporation Counsel for the City of Chicago, respectfully request this Honorable Court for an extension of time, up to and including 4-2-08, in which to answer or otherwise plead to Plaintiff's Complaint. In support of this motion, Defendants state as follows:

(1) The undersigned counsel filed his Appearance for Defendant Police Officers on 2-21-08.

(2) This matter was filed on 1-4-08. Summons and Complaint have been personally served upon Defendant.

(3) The undersigned have not yet been able to interview the police personnel necessary to answer or otherwise plead to Plaintiff's Complaint.

(4) The undersigned also has ordered, but not yet received, all of the Chicago Police Department records to enable Defendants to properly respond to Plaintiff's Complaint.

(5) This motion is Defendants' first request for an extension of time to answer or

otherwise plead. Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

(6) The undersigned has spoken with plaintiff's counsel, Ms. Katie Ehrmin, on 2-21-08 about this motion and she agrees with its terms.

**WHEREFORE**, Defendants requests this Court to grant their motion for an extension of time to and including 4-2-08, to answer or otherwise plead to the complaint.

Respectfully submitted,

/s/  Sanjay Patel
SANJAY H. PATEL
Assistant Corporation Counsel
Attorney for Defendant Officers
30 NORTH LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-3902
ATTORNEY NO.  06272840