IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESUS PEREZ, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | 08 C 71 |
| ) | |
| CITY OF CHICAGO, Illinois, and ) | |
| CHICAGO POLICE OFFICER ) | |
| J.M. DELISLE, Star No. 16849, and ) | Judge Manning |
| P. F. ROONEY, Star No. 15900 ) | |
| ) | Magistrate Judge Schenkier |
| Defendants. ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To:   KATIE EHRMIN
      53 W. JACKSON, SUITE 840
      CHICAGO, IL 60604

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge MANNING, or before such other Judge sitting in her place or stead, on **2-26-08 at 11:00 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 2125** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing **NOTICE and DEFENDANT'S AGREED MOTION** to be sent via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files and by U.S. Mail on 21 FEB 08, in accordance with the rules on electronic filing of documents.

Respectfully submitted,
/s/ SanjayPatel
SANJAY H. PATEL
Assistant Corporation Counsel
30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS 60602
(312) 742-3902
ATTORNEY NO. 06272840