U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 71 |
|---|---|
| JESUS PEREZ v CITY OF CHICAGO, et al | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

POLICE OFFICER DELISLE
POLICE OFFICER ROONEY

| NAME (Type or print) |
|---|
| SANJAY H. PATEL |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ SANJAY PATEL |
| FIRM |
| CITY OF CHICAGO - LAW DEPARTMENT |
| STREET ADDRESS |
| 30 N. LASALLE, SUITE 1400 |
| CITY/STATE/ZIP |
| CHICAGO / IL / 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6272840 | 312-742-3902 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐