IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESUS PEREZ, ) | |
| ) | No. 08 C 00071 |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| CITY OF CHICAGO, ILLINOIS, and ) | |
| CHICAGO POLICE OFFICER ) | Judge Manning |
| J. M. DELISLE, Star No. 16849, and ) | |
| CHICAGO POLICE OFFICER ) | Magistrate Judge Schenkier |
| P. F. ROONEY, Star No. 15900, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CITY OF CHICAGO'S AGREED MOTION
FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago ("the City"), through its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, pursuant to Federal Rule of Civil Procedure 6(b), moves this Court for an extension of time until April 2, 2008, to answer or otherwise plead to plaintiff's complaint. In support of this motion, the City states as follows:

1. Plaintiff filed his six-count complaint on January 4, 2008. The complaint alleges federal claims under 42 U.S.C. § 1983 and Illinois state law claims against the City and two Chicago police officers.

2. Plaintiff's complaint and summons were served on the City on or about January 8, 2008. Undersigned counsel for the City, however, was assigned to this case and received the complaint today, March 12, 2008, several days after the City was due to answer or plead in response to plaintiff's complaint.

3. Because of this delay in receiving the complaint, the undersigned counsel has not yet begun the process of investigating all of the allegations in the plaintiff's complaint and

gathering and examining the pertinent records.

4. Therefore, the City requests until April 2, 2008, to answer or otherwise plead in response to the complaint.

5. This is the first extension of time the City has sought in this case.

6. This motion is not brought for the purpose of delay or any other improper purpose, but so that the City can properly respond to the allegations in plaintiff's complaint.

7. Plaintiff will not be prejudiced if the requested extension of time is granted.

8. The undersigned spoke with one of plaintiff's counsels, Jeffrey B. Granich, today, March 12, 2008, and plaintiff does not oppose this motion.

For these reasons, the City requests that the Court grant the City's motion for an extension of time to and including April 2, 2008, to answer or otherwise plead to plaintiff's complaint.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of the
City of Chicago

Dated: March 12, 2008     By:     *s/ Bhairav Radia*
BHAIRAV RADIA
Assistant Corporation Counsel


30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6919
Attorney No. 06293600