IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JESUS PEREZ, | ) | |
| | ) | No. 08 C 00071 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, and | ) | |
| CHICAGO POLICE OFFICER | ) | Judge Manning |
| J. M. DELISLE, Star No. 16849, and | ) | |
| CHICAGO POLICE OFFICER | ) | Magistrate Judge Schenkier |
| P. F. ROONEY, Star No. 15900, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO:   Jeffrey B. Granich
Katie Z. Ehrmin
53 W. Jackson Blvd., Unit 840
Chicago, IL 60604

Please take notice that on March 12, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City of Chicago's Agreed Motion For An Extension Of Time To Answer Or Otherwise Plead,** a copy of which was thereby served upon you.

Please take further notice that I will appear before the Honorable Judge Manning or such other Judge or Magistrate Judge sitting in her stead, on March 18, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard and then and there present the above-mentioned motion.

I certify that I caused to be served a true copy of this notice and **Defendant City of Chicago's Agreed Motion For An Extension Of Time To Answer Or Otherwise Plead** on plaintiff's attorneys of record, as identified above, through the United States District Court for the Northern District of Illinois, Eastern Division's electronic case filing system, on March 12, 2008.

Respectfully submitted,

City of Chicago, Department of Law          */s/ Bhairav Radia*
30 N. LaSalle Street, Suite 1020             BHAIRAV RADIA
Chicago, IL 60602                            Assistant Corporation Counsel
(312) 744-6919