UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Jesus Perez
       Plaintiff,

v.             Case No.: 1:08−cv−00071
             Honorable Blanche M. Manning

City of Chicago, Illinois, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 18, 2008:

  MINUTE entry before Judge Honorable Sidney I. Schenkier: The matter has been referred to the magistrate judge for, among other things, discovery supervision. The parties are directed to conduct a Rule 26(f) planning conference by 05/02/08. By 05/09/08, the parties are to file a joint report of the planning conference, using the format available on the Court's website. The matter is set for a status hearing on 05/13/08 at 9:00 a.m. Telephone notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.