**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jesus Perez
                    Plaintiff,

v.                                          Case No.: 1:08−cv−00071
                                            Honorable Blanche M. Manning

City of Chicago, Illinois, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 18, 2008:

    MINUTE entry before Judge Honorable Sidney I. Schenkier: The parties report that the case has settled. The parties are to submit the appropriate dismissal papers to the district judge. All matters relating to the referral of this action having been resolved, the referral is hereby terminated. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.