IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JESUS PEREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 C 71 |
| | ) | |
| CITY OF CHICAGO, Illinois and CHICAGO | ) | Judge Manning |
| POLICE OFFICER J.M. DELISLE, Star No. | ) | |
| 16849, and P.F. ROONEY, Star No. 15900, | ) | Magistrate Judge Schenkier |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Jeffrey B. Granich
Attorney for plaintiff,
Jesus Perez
Law Offices of Jeffrey B. Granich
53 W. Jackson Blvd., Suite 840
Chicago, Illinois 60604
(312) 939-9009
Attorney No. 6207030
DATE: 4/28/8

Sanjay Patel
Assistant Corporation Counsel
Attorney for defendants,
James Delisle and Patrick Rooney
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 742-3902
Attorney No. 06272840
DATE: 5/13/08

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Bhairav Radia
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6916
Attorney No. 06293600
DATE: 5-12-08

08 C 71