IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| JESUS PEREZ, <br><br> )      Plaintiff, <br><br> vs. <br><br> CITY OF CHICAGO, Illinois and CHICAGO POLICE OFFICER J.M. DELISLE, Star No. 16849, and P.F. ROONEY, Star No. 15900, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 08 C 71 <br><br> Judge Manning <br><br> Magistrate Judge Schenkier |
|---|---|---|

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Jesus Perez, by one of his attorneys, Jeffrey B. Granich, and defendants, Patrick Rooney and James Delisle, by their attorney, Sanjay Patel, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Jesus Perez, against defendants, City of Chicago, Patrick Rooney and James Delisle, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

| | |
|---|---|
| Sanjay Patel <br> Assistant Corporation Counsel <br> 30 North LaSalle Street <br> Suite 1400 <br> Chicago, Illinois 60602 <br> (312) 742-3902 <br> Attorney No. 06272840 | ENTER: *Blanche M. Manning* <br> The Honorable Blanche M. Manning <br> United States District Judge <br><br> DATED: 5/30/2008 |